## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| EDINBORO UNIVERSITY OF PENNSYLVANIA, STATE SYSTEM OF HIGHER EDUCATION, | : | No. 37 WAL 2016 |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| ASSOCIATION OF PENNSYLVANIA STATE COLLEGE AND UNIVERSITY FACULTIES, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.